NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-7042

### DONALD E. ODELL,

Claimant-Appellant,

v.

### ERIC K. SHINSEKI, Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims in 06-2341, Judge Bruce E. Kasold.

Before DYK, Circuit Judge.

## O R D E R

Upon review of this recently docketed appeal, it appears that Donald E. Odell's appeal was not timely filed.

On July 15, 2008, the United States Court of Appeals for Veterans Claims entered judgment in Odell's case. The court received Odell's notice of appeal on September 16, 2008.

To be timely, a notice of appeal must be received by the Court of Appeals for Veterans Claims within 60 days of the entry of judgment, or by September 15, 2008. See 38 U.S.C. § 7292(a); 28 U.S.C. § 2107(b); Fed. R. App. P. 4(a)(1).

Accordingly,

IT IS ORDERED THAT:

(1)    Odell is directed to show cause, within 14 days of the date of filing of this order why his appeal should not be dismissed as untimely. The Secretary of Veterans

Affairs may also respond within that time.

 (2)    The briefing schedule is stayed.

FOR THE COURT

FEB 2 4 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 2 4 2009

JAN HORBALY
CLERK

cc:    Donald E. Odell
       Antonia R. Soares, Esq.

s19